J. T. McCullough, Plaintiff in Error, v. Sarah Jane Mc-Cullough, Defendant in Error.

(Supreme Court of Florida, En Banc: June 4, 1907.)

Writ of error to Circuit Court, Walton County: Francis B. Carter, Judge.

No appearance for either side.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. Dismissed by the court *sua sponte* for failure to file briefs.

Gustav Loeffler, Plaintiff in Error, v. West Tampa, a Municipal Corporation, Situate in Hillsborough County, Florida, Defendant in Error.

(Supreme Court of Florida, En Banc: June 4, 1907.)

Writ of error to Circuit Court, Hillsborough County; Joseph B. Wall, Judge.

No appearance for either side.

This action was brought by the plaintiff in error against the defendant in error. There was judgment for the defendant, and the plaintiff takes writ of error. Dismissed by the court *sua sponte* for failure to file briefs.